**Alexander L. COOPER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2012–3112.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2012.

### ORDER

Upon consideration of Alexander L. Cooper's submission of his Statement Concerning Discrimination and the court's September 6, 2012 order,

IT IS ORDERED THAT:

(1) The mandate is recalled, the court's May 15, 2012 dismissal order is vacated, and the petition is reinstated.

(2) Cooper's motion for leave to proceed in forma pauperis is granted.

(3) Cooper's informal brief is due within 21 days of the date of filing of this order.

**Matthew J. NASUTI, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2012–3162.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2012.

Matthew J. Nasuti, Deerfield, MA, pro se.

### ORDER

On August 28, 2012, Matthew J. Nasuti's petition was dismissed for failure to pay the required docketing fee and to file the required Fed. Cir. R. 15(c) statement concerning discrimination. Nasuti also submits a petition for hearing en banc, which the court treats as a motion for reconsideration of the August 28 dismissal order.

The court has granted his motion to proceed in forma pauperis and has received his completed Rule 15(c) Statement Form.

Accordingly,

IT IS ORDERED THAT:

(1) The court's August 28, 2012 order is vacated, the court's mandate is recalled, and the petition is reinstated.

(2) Nasuti's brief is due within 30 days of the date of this order.

(2) Nasuti's motion for reconsideration is denied as moot.